**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James Parker
8924 Autumn Brook Drive
Montgomery, AL 36117

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Bobbie Parker    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
Bobbie Parker

C. Date of Delivery
3/23/07

D. Is delivery address different from item 1? ☐ Yes  ☑ No
If YES, enter delivery address below:

2:07cv247

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7006 0810 0002 2284 5356

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540