IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RITA FOSTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: CV-07-247-MHT |
| ) | |
| JOSEPH A. LEE, JAMES PARKER, ) | |
| LEON FRAZIER and ALABAMA ) | |
| STATE UNIVERSITY, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

COME NOW Carter H. Dukes, Kimberly W. Geisler, and Aimee P. Keane of the law firm of Scott Dukes & Geisler, P.C. and respectfully enter their appearance as counsel for Defendants Joe A. Lee and Alabama State University.

                                                  Respectfully submitted,

                                                  /s/ Aimee P. Keane

OF COUNSEL:
SCOTT DUKES & GEISLER, P.C.
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203
(205) 251-2300

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and will serve via CM/ECF or U.S. Mail the following:

    Donald Rush Jones, Jr.
    2000 Interstate Park Drive
    Suite 104
    Montgomery, Alabama 36109

    Thomas C. Tankersley
    Thomas C. Tankersley PC
    Post Office Box 11386
    Montgomery, Alabama 36111

    James Harold Anderson
    Beers Anderson Jackson Patty & Van Heest PC
    Post Office Box 1988
    Montgomery, Alabama 36102-1988

    Solomon S. Seay, Jr.
    Solomon S. Seay, Jr., P.C.
    Post Office Box 210998
    Montgomery, Alabama 36121

    C. Clay Torbert, III, Esq.
    Capell & Howard P.C.
    150 South Perry Street
    Post Office Box 2069
    Montgomery, Alabama 36102

    Richard E. Broughton, Esq.
    Ball Ball Mathews
    2000 Interstate Park Drive
    Suite 204
    Montgomery, Alabama 36109

    Ramadanah M. Salaam-Jones, Esq.
    Thomas, Means, Gillis & Seay, P.C.
    3121 Zelda Court
    Montgomery, Alabama 36103

DONE this the 17th day of September, 2007.

                                                          /s/ Aimee P. Keane
                                                            Of Counsel