IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RITA FOSTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: CV-07-247-MHT |
| ) | |
| JOSEPH A. LEE, JAMES ) | |
| PARKER, LEON FRAZIER and ) | |
| ALABAMA STATE ) | |
| UNIVERSITY, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS JOE A. LEE'S AND ALABAMA STATE UNIVERSITY'S MOTION FOR JUDGMENT ON THE PLEADINGS**

COME NOW Defendants Joe A. Lee ("President Lee") and Alabama State University ("ASU") (collectively "these Defendants"), pursuant to Rule 12(c) of the Federal Rules of Civil Procedure and within the time allowed by this Court's Scheduling Order, and move this Court to dismiss all of Plaintiff Rita Foster's claims against these Defendants with prejudice. In support of this Motion, these Defendants rely upon the Memorandum of Law in Support of Defendants' Motion for Judgment on the Pleadings.

          Respectfully submitted,

     /s/Kimberly W. Geisler
          Carter H. Dukes
          Kimberly W. Geisler
          Attorneys for Defendants
          Alabama State University
          and Dr. Joe A. Lee

**OF COUNSEL**:
SCOTT DUKES & GEISLER, P.C.
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203
Telephone: (205) 251-2300
Facsimile: (205) 251-6773

## CERTIFICATE OF SERVICE

     I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and will serve the foregoing via the CM/ECF or U.S. Mail on the following:

    Donald Rush Jones, Jr.
    2000 Interstate Park Drive
    Suite 104
    Montgomery, Alabama 36109

    Thomas C. Tankersley
    Thomas C. Tankersley PC
    Post Office Box 11386
    Montgomery, Alabama 36111

    James Harold Anderson
    Beers Anderson Jackson Patty & Van Heest PC
    Post Office Box 1988
    Montgomery, Alabama 36102-1988

Solomon S. Seay, Jr.
Solomon S. Seay, Jr., P.C.
Post Office Box 210998
Montgomery, Alabama 36121

C. Clay Torbert, III, Esq.
Capell & Howard P.C.
150 South Perry Street
Post Office Box 2069
Montgomery, Alabama 36102

Richard E. Broughton, Esq.
Ball Ball Mathews
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama 36109

Ramadanah M. Salaam-Jones, Esq.
Thomas, Means, Gillis & Seay, P.C.
3121 Zelda Court
Montgomery, Alabama 36103

DONE this the 17th day of September, 2007.

                                      /s/Kimberly W. Geisler
                                          Of Counsel