IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| RITA FOSTER, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07cv247-MHT |
| | ) | |
| JOSEPH A. LEE, etc., | ) | |
| et al., | ) | |
| | ) | |
|    Defendants. | ) | |

## ORDER

It is ORDERED that the motion for judgment on the pleadings (Doc. No. 16) is set for submission, without oral argument, on October 17, 2007, with all briefs due by said date.

DONE, this the 19th day of September, 2007.

                                       /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE