IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RITA FOSTER, | § |
| Plaintiff, | § § § |
| vs. | §  CASE NO. CV-07-247-MHT |
| JOSEPH A. LEE, JAMES PARKER, LEON FRAZIER and ALABAMA STATE UNIVERSITY, | § § § § § |
| Defendants. | § |

## NOTICE OF APPEARANCE

COME NOW, the undersigned Allison Alford Ingram, E. Hamilton Wilson, and Richard E. Broughton, and hereby, respectfully enter their appearance as counsel for Defendant, Leon Frazier in the above-styled matter. The undersigned would request that the Court notify the Clerk to add them as counsel of record for all future pleadings, orders, and notices.

Respectfully submitted,

/s/ Richard E. Broughton
Richard E. Broughton (BRO043)
Allison Alford Ingram (ALS005)
E. Hamilton Wilson, Jr. (WIL070)
**Attorneys for Defendant, Leon Frazier**

**OF COUNSEL:**
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive - Suite 204
Post Office Box 2148
Montgomery, Alabama 36109-5413
Telephone:  334-387-7680
Facsimile:  334-387-3222

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 24th day of September, 2007, I electronically filed the foregoing, using the AlaCourt system, which will send notification of such filing to the following:

Aimee P. Keane
Carter H. Dukes
Kimberly W. Geisler
SCOTT DUKES & GEISLER, P.C.
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203
*Counsel for Plaintiff*

Donald Rush Jones, Jr.
2000 Interstate Park Drive, Suite 104
Montgomery, Alabama 36109

Thomas C. Tankersley
THOMAS C. TANKERSLEY, P.C.
P. O. Box 11386
Montgomery, Alabama 36111

James Harold Anderson
BEERS ANDERSON JACKSON PATTY & VAN HEEST, P.C.
P. O. Box 1988
Montgomery, Alabama 36102-1988

Solomon S. Seay, Jr.
SOLOMON S. SEAY, JR., P.C.
P. O. Box 210998
Montgomery, Alabama 36121

C. Clay Torbert, III
CAPELL & HOWARD, P.C.
150 South Perry Street
P. O. Box 2069
Montgomery, Alabama 36102

Ramadanah M. Salaam-Jones
Thomas, Means, Gillis & Seay, P.C.
3121 Zelda Court
Montgomery, Alabama 36103

    */s/ Richard E. Broughton*
    Of Counsel