# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

2007 OCT -3  A 10: 26

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| RITA FOSTER, | | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | 2:07 cv-00247-MHT |
| JOE A. LEE, JAMES PARKER, | ) | |
| LEON FRAZIER, and ALABAMA | ) | |
| STATE UNIVERSITY, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## MOTION FOR LEAVE TO WITHDRAW

Solomon S. Seay, Jr., undersigned counsel for defendant, Dr. Leon Frazier

respectfully moves the Court For Leave To Withdraw as counsel for defendant

Frazier.

Defendant Dr. Frazier will continue to be represented by the Honorable

Richard E. Broughton, Ball, Ball, Matthews & Novak, P.A..

Respectfully submitted,

*Solomon S. Seay, Jr.*

Solomon S. Seay, Jr.
P.O. Box 210998
Montgomery, AL  36121
(334)274-0722
Bar ID:ASB-7420-E67S

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following via Unites States Mail, first class postage prepaid on this 21st day of September, 2007.

Kenneth L. Thomas, Esq.
Ramadanah M. Salaam-Jones, Esq.
Thomas, Means, Gillis & Seay, P.C.
3121 Zelda Court
Montgomery, AL  36106

James H. Anderson
Beers, Anderson, Jackson,
Patty, Van Heest & Fawl, P.C.
250 Commerce St., Suite 100
Montgomery, AL  36104

Thomas C. Tankersley, Esq.
P.O. Box 11386
Montgomery, AL  36111-0386

Dr. Leon Frazier
2811 Penland Avenue
Huntsville, AL  35810

Richard E. Broughton, Esq.
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, AL  36102-2148

Clement Clay Torbert, III
Capell & Howard, P.C.
150 South Perry Street
P.O. Box 2069
Montgomery, AL  36102

Carter H. Dukes
Scott Dukes & Geisler, P.C.
2100 Third Avenue North
Birmingham, AL  35203