IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RITA FOSTER, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>JOSEPH A. LEE, etc., )<br>et al., )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>2:07cv247-MHT |

### ORDER

It is ORDERED that the motion for leave to withdraw (Doc. No. 20) is granted.

DONE, this the 5th day of October, 2007.

                          /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE