IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RITA FOSTER, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:07cv247-MHT |
| ) | |
| JOSEPH A. LEE, etc., ) | |
| et al., ) | |
| ) | |
|    Defendants. ) | |

### ORDER

The court having been informed that the parties may be close to settlement, it is ORDERED that the motion for judgment on the pleadings (Doc. No. 16) is reset for submission, without oral argument on October 24, 2007, with all briefs due by said date.

DONE, this the 19th day of October, 2007.

                                        /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE