IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RITA FOSTER, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:07cv247-MHT |
| ) | |
| JOSEPH A. LEE, etc., ) | |
| et al., ) | |
| ) | |
|    Defendants. ) | |

**ORDER**

The court having been informed that the parties have reached a tentative settlement, it is ORDERED as follows:

(1) The motion for judgment on the pleadings (Doc. No. 16) is denied without prejudice.

(2) The parties are allowed until November 9, 2007, to file the appropriate settlement papers.

DONE, this the 25th day of October, 2007.

                          /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE