IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RITA FOSTER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO.: CV-07-247-MHT |
| JOE A. LEE, JAMES PARKER, LEON FRAZIER and ALABAMA STATE UNIVERSITY, | ) ) ) ) ) |
| Defendants. | ) ) |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff Rita Foster ("Plaintiff"), by and through her undersigned counsel, and Defendants Joe A. Lee, James Parker, Leon Frazier, and Alabama State University ("Defendants"), by and through their undersigned counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate that this case may be dismissed with prejudice, each party to bear her own costs.

Respectfully submitted,

Donald Rush Jones
Thomas C. Tankersley
Attorney for Plaintiff
Rita Foster

OF COUNSEL:
Donald Rush Jones, Jr.
2000 Interstate Park Drive
Suite 104
Montgomery, Alabama 36109

Thomas C. Tankersley
Thomas C. Tankersley PC
Post Office Box 11386
Montgomery, Alabama 36111

　　　　　　　　　　　　　　　／s／ R. E. Broughton
　　　　　　　　　　　　　　　Richard E. Broughton
　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　Leon Frazier

OF COUNSEL:
Richard E. Broughton, Esq.
Ball Ball Mathews
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama 36109

　　　　　　　　　　　　　　　／s／ C. Clay Torbert, III
　　　　　　　　　　　　　　　C. Clay Torbert, III, Esq.
　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　James Parker

OF COUNSEL:
C. Clay Torbert, III, Esq.
Capell & Howard P.C.
150 South Perry Street
Post Office Box 2069
Montgomery, Alabama 36102

/s/ Carter H. Dukes
Carter H. Dukes
Kimberly W. Geisler
Attorneys for Defendants
Joe A. Lee and
Alabama State University

**OF COUNSEL:**
SCOTT DUKES & GEISLER, P.C.
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203
(205) 251-2300

Kenneth L. Thomas
Ramadanah M. Salaam-Jones
THOMAS, MEANS, GILLIS & SEAY, P.C.
3121 Zelda Court
Montgomery, Alabama 36103